DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DESIREE SOLOMON,**
Appellant,

v.

**DORZDOWSKI CHANCE,**
Appellee.

No. 4D21-3522

[September 30, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. FMCE14-000579.

Desiree Solomon, West Palm Beach, pro se.

Kerry Loomis of Law Office of Loomis & Loomis, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***